IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01305-AP

**CHRISTEN ELAINE (GOWER) MURPHY,**

 Plaintiff,

 v.

**MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY,**

 Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

## 1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:

Rick P. Sauer
700 Macon Ave.
Cañon City, CO 81212
Telephone: 719/275-7591
FAX: 719/275-6165
E mail: rps@bresnan.net

For Defendant:

David Gaouette
United States Attorney

Kevin Thomas Traskos
Assistant U.S. Attorney
Kevin.Traskos@usdoj.gov

Allan Berger
Special Assistant U.S. Attorney
1961 Stout St., Suite 1001A
Denver, CO 80294
Telephone: (303) 844-2149
Fax: (303) 844-0770
allan.berger@ssa.gov

## 2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 USC 405(g).

### 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.     Date Complaint Was Filed: 6/3/09.
    B.     Date Complaint Was Served on U.S. Attorney's Office: 6/11/09.
    C.     Date Answer and Administrative Record Were Filed: 8/7/09.

### 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

**Plaintiff states:** Although Plaintiff's counsel will thoroughly review the Record, the accuracy and completeness of the Administrative Record cannot be ascertained until after Plaintiff's final opening brief is finally drafted and filed.

**Defendant states:** To the best of his knowledge, the record is complete.

### 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

**Plaintiff states:**  See paragraph four above.

**Defendant states:**  None anticipated.

### 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

**Plaintiff states:**  This case involves no unusual claims
**Defendant states:**  This case does not involve unusual claims or defenses.

### 7. OTHER MATTERS

**Plaintiff states:**   The record appears to be complete, but a final position by Plaintiff cannot be determined until the final draft of his opening brief is filed.

**Defendant states**:  To the best of his knowledge, there are no other matters.

### 8. BRIEFING SCHEDULE

    A.     **Plaintiff's Opening Brief Due: 10/07/09**
    B.     **Defendant's  Response Brief Due: 11/6/09**
    C.     **Plaintiff's  Reply Brief Due: 11/20/09**

### 9. STATEMENTS REGARDING ORAL ARGUMENT

- 3 -

     A.    **Plaintiff's Statement:** Oral Argument is requested if only to clarify any outstanding issues, and at the Court's behest.
     B.    **Defendant's Statement:**  Oral Argument is not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

     A.    **(X) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
     B.    **(  ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1 BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

     DATED:  August 27, 2009

                                               BY THE COURT:

                                           *s/John L. Kane*
                                          U.S. DISTRICT COURT JUDGE

     APPROVED:

| | |
|---|---|
| s/ RICK P. SAUER<br>RICK P. SAUER<br>700 Macon Ave.<br>Cañon City, CO 81212<br>Telephone: 719/275-7591<br>FAX: 719/275-6165<br>E mail: rps@bresnan.net | DAVID M. GAOUETTE<br>United States Attorney<br><br>Kevin Thomas Traskos<br>Assistant U.S. Attorney<br>kevin.traskos@usdoj.gov<br><br>s/ Allan Berger<br>Allan Berger<br>Special Assistant U.S. Attorney<br>1961 Stout St., Suite 1001A<br>Denver, CO 80294<br>Telephone: (303) 844-2149<br>Fax: (303) 844-0770<br>allan.berger@ssa.gov<br><br>Attorneys for Defendant |